# McKinney Marine Inc.

1524-2 Virgils Way
Green Cove Springs, FL 32043
Phone 904 529-9089
Fax 904 531-9459

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/14/2015 | 3648 |

| BILL TO | SHIP TO |
|---|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 | Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| S.P.O. NO. | P.O. NO. | TERMS | DUE DATE | SHIP DATE | JOB # |
|---|---|---|---|---|---|
| | | Net 10 | 7/24/2015 | 7/14/2015 | 215-010-13 |

| DESCRIPTION | AMOUNT |
|---|---|
| Provided service to make repairs to M/V Americana between the dates of June 29th-July 12th, 2015 while in the Bahamas. Please see time breakdown below.<br>Scott M:   137<br>Jeff M:     8<br>Kermit L:   137<br>George D:  168<br>Scot S:    77<br>Andrew J:  174<br>Sean B:   168<br><br>Total:   869 hours<br><br>Material:<br>Freight<br><br>Programming Siemens PLC and HMI Terminals for American Alarms<br>The following items have been finished<br>1: Re-Created HMI graphic programs for (1) 10 inch and (4) 6 inch displays.<br>2: Created new screens for 10 inch display for fuel tank and Gen status.<br>3: System alarms added to all displays<br>Sales Tax for FL | 56,485.00<br><br><br><br><br><br><br><br><br><br><br><br>7,128.61<br>127.89<br><br>7,200.00<br><br><br><br><br>0.00 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorney's fees will be assessed to all accounts placed for collection.

**Total**     $70,941.50

# McKinney Marine Inc.

1524-2 Virgils Way
Green Cove Springs, FL 32043
Phone 904 529-9089
Fax 904 531-9459

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/29/2015 | 3664 |

| BILL TO | SHIP TO |
|---|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 | Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| S.P.O. NO. | P.O. NO. | TERMS | DUE DATE | SHIP DATE | JOB # |
|---|---|---|---|---|---|
| | | Net 10 | 8/8/2015 | 7/29/2015 | 215-10-20 |

| DESCRIPTION | AMOUNT |
|---|---|
| Provided service to install duct work inside stack, assemble air handler for AC5, install new flooring in gallery, and fabricated new door for network cabinet in Green Cove Springs, FL between the dates of June 1st-June 7th, 2015. | 5,104.50 |
| Material Used:<br>1 ea 11 ga plate<br>1ea 18 ga door 28 x 48<br>1ea 2" tape armaflex<br>18e shop hours | 1,664.33 |
| Provided service to attach trim to bulkhead in oven and galley, modify chill water pipe to fit through cabinet, cut penetrations inside panels, assembled ovens, removed ceiling panels and installed new air mixing boxes in passenger cabins, fabricate and install transducers for blast freezer, install ss trim on galley floor between the dates June 8th-24th, 2015. | 16,320.00 |
| Travel and baggage fee | 447.00 |
| Sales Tax for FL | 0.00 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorney's fees will be assessed to all accounts placed for collection.

| Total | $23,535.83 |
|---|---|

# McKinney Marine Inc.

1524-2 Virgils Way
Green Cove Springs, FL 32043
Phone 904 529-9089
Fax 904 531-9459

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2015 | 3683 |

| BILL TO | SHIP TO |
|---|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 | Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| S.P.O. NO. | P.O. NO. | TERMS | DUE DATE | SHIP DATE | JOB # |
|---|---|---|---|---|---|
| | | Net 10 | 10/5/2015 | 9/25/2015 | 215-010-18 |

| DESCRIPTION | AMOUNT |
|---|---|
| Provided service to make repairs to M/V Americana between the dates of September 7th-20th, 2015 while in the Bahamas. Please see time breakdown below.<br><br>Scot S:　　100<br>Sean B:　　117<br><br>Total:　　217 hours<br><br>Travel Expenses<br>Sales Tax for FL | 14,105.00<br><br><br><br><br><br><br><br>327.99<br>0.00 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorney's fees will be assessed to all accounts placed for collection.

**Total**　　$14,432.99

# McKinney Marine Inc.
1524-2 Virgils Way
Green Cove Springs, FL 32043
Phone 904 529-9089
Fax 904 531-9459

# Finance Charge

| Date | Invoice # |
|---|---|
| 9/30/2015 | FC 163 |

| Bill To |
|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| Due Date | Terms |
|---|---|
| 9/30/2015 | Due on receipt |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #3648 for 58,880.75 on 07/14/2015<br>Invoice #3664 for 23,535.83 on 07/29/2015<br>Invoice #3671 for 15,210.00 on 08/24/2015<br>Invoice #3678 for 14,300.00 on 09/08/2015 | 2,876.82 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorneys fees will be assessed to all accounts placed for collection.

| | |
|---|---|
| **Total** | $2,876.82 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,876.82 |

# McKinney Marine Inc.

1524-2 Virgils Way
Green Cove Springs, FL 32043
Phone 904 529-9089
Fax 904 531-9459

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/16/2015 | 3707 |

| BILL TO | SHIP TO |
|---|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 | Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| S.P.O. NO. | P.O. NO. | TERMS | DUE DATE | SHIP DATE | JOB # |
|---|---|---|---|---|---|
|  |  | Net 10 | 11/26/2015 | 11/16/2015 | 215-010-23 |

| DESCRIPTION | AMOUNT |
|---|---|
| Provided service to make repairs to M/V Americana between the dates of November 2nd- November 15th, 2015 while in the Bahamas. Please see time breakdown below. | 18,590.00 |
| Scot S:   141<br>Sean B:   145 |  |
| Total:   286 hours<br>Sales Tax for FL | 0.00 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorney's fees will be assessed to all accounts placed for collection.

| **Total** | **$18,590.00** |
|---|---|

# McKinney Marine Inc.

1524-2 Virgils Way
Green Cove Springs, FL 32043
Phone 904 529-9089
Fax 904 531-9459

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/7/2015 | 3717 |

| BILL TO | SHIP TO |
|---|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 | Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| S.P.O. NO. | P.O. NO. | TERMS | DUE DATE | SHIP DATE | JOB # |
|---|---|---|---|---|---|
|  |  | Net 10 | 12/17/2015 | 12/7/2015 | 215-010-24 |

| DESCRIPTION | AMOUNT |
|---|---|
| Provided service to make repairs to M/V Americana between the dates of November 16th- November 29th, 2015 while in the Bahamas. Please see time breakdown below.<br><br>Scot S:    108<br>Sean B:   154<br><br>Total:    262 hours<br>Sales Tax for FL | 17,030.00<br><br><br><br><br><br><br><br>0.00 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorney's fees will be assessed to all accounts placed for collection.

**Total**     $17,030.00

# McKinney Marine Inc.

1524-2 Virgils Way  
Green Cove Springs, FL 32043  
Phone 904 529-9089  
Fax 904 531-9459  

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/4/2016 | 3729 |

| BILL TO | SHIP TO |
|---|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 | Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| S.P.O. NO. | P.O. NO. | TERMS | DUE DATE | SHIP DATE | JOB # |
|---|---|---|---|---|---|
|  |  | Net 10 | 1/14/2016 | 1/4/2016 | 215--010-25 |

| DESCRIPTION | AMOUNT |
|---|---|
| Provided service to make repairs to M/V Americana between the dates of December 30th-Decemeber 9th, 2015 while in the Bahamas. Please see time breakdown below. | 13,390.00 |
| Scot S:       105<br>Sean B:      101<br><br>Total:        206 hours |  |
| Freight charges on shipping of equipment back to shop | 1,635.15 |
| Sales Tax for FL | 0.00 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorney's fees will be assessed to all accounts placed for collection.

| Total | $15,025.15 |
|---|---|

# McKinney Marine Inc.

1524-2 Virgils Way
Green Cove Springs, FL 32043
Phone 904 529-9089
Fax 904 531-9459

# Finance Charge

| Date | Invoice # |
|---|---|
| 1/4/2016 | FC 166 |

| Bill To |
|---|
| Absolute Nevada LLC<br>P.O. Box 9484<br>Midland, TX 79708 |

| Due Date | Terms |
|---|---|
| 1/4/2016 | |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #3648 for 58,880.75 on 07/14/2015<br>Invoice #3664 for 23,535.83 on 07/29/2015<br>Invoice #3683 for 14,432.99 on 09/25/2015<br>Invoice #FC 163 for 2,876.82 on 09/30/2015<br>Invoice #3707 for 18,590.00 on 11/16/2015<br>Invoice #3717 for 17,030.00 on 12/07/2015 | 5,194.42 |

Late Payment will be subject to a service charge of 1.5% per month. Reasonable collection and attorneys fees will be assessed to all accounts placed for collection.

| | |
|---|---|
| **Total** | $5,194.42 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,194.42 |