UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-14011-CIV-MARRA

MCKINNEY MARINE, INC.,
A Florida Corporation,

Plaintiff,

v.

ABSOLUTE NEVADA, LLC, in personam, and the M/V "AMERICANA", a 1988 cruise ship, her engines, bowsprit, anchor, cables, chains, rigging, tackle, apparel, furniture and all accessories, hereunto appertaining and belonging to her, in rem,

Defendants.
_______________________________________/

**ORDER CLOSING CASE**

This cause is before the Court upon the Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [DE 28]. This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the **CLERK** shall **CLOSE** this case. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of March, 2016.

_______________________________
KENNETH A. MARRA
United States District Judge